AO91 (Rev.5/85) Criminal Complaint

==================================================================

# UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

UNITED STATES OF AMERICA

V.                                              CRIMINAL COMPLAINT

DANIEL CARSON CRUMLEY                CASE NUMBER: 3-06-mj-00086-JDR

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about May 5, 2006, in the District of Alaska, defendant(s) did, attempt to take by force, violence, and intimidation, from the person and presence of Renee Dossman-Berry, an employee of Alaska USA Federal Credit Union (AUSAFCU), 1650 West Northern Lights Boulevard, Anchorage, Alaska, a financial institution, the deposits of which are insured by the National Credit Union Administration (NCUA), money, belonging to and in the care, custody, control, management and possession of said AUSAFCU, to wit: approximately one thousand six hundred sixty dollars and zero cents ($1,660.00) in United States currency; all of which is in violation of Title 18, United States Code, Section 2113(a) - Bank Robbery.

I further state that I am a Special Agent of the Federal Bureau of Investigation, and that this complaint is based on the following facts:

See attached affidavit, incorporated by this reference, as if fully restated herein.

Continued on the attached sheet and made a part hereof:    X  Yes    ___ No

　　　　　　　　　　　　　　　　　　　　　/s/ Robert A. Milroy
　　　　　　　　　　　　　　　　　　　Robert A. Milroy, Special Agent, FBI

Sworn to before me and subscribed in my presence,

May 6, 2006                              at    Anchorage, Alaska
Date                                             City and State


John D. Roberts                              John D. Roberts [seal affixed]
United States Magistrate Judge           Signature of Judicial Officer