```
            MINUTES OF THE UNITED STATES DISTRICT COURT
                       DISTRICT OF ALASKA
```

U.S.A. vs DANIEL CARSON CRUMLEY    CASE NO. 3:06-mj-00086 JDR
Defendant: X  Present   X  In Custody    ___On Summons   ___On Bond

BEFORE THE HONORABLE      JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:    LINDA CHRISTENSEN

UNITED STATES ATTORNEY:   FRANK RUSSO

DEFENDANT'S ATTORNEY:     MARY GEDDES

U.S.P.O.:                 BARBARA BURTON

PROCEEDINGS: INITIAL APPEARANCE ON COMPLAINT Held 5/8/06
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Convened at 2:00 p.m.

X Complaint read.

X Defendant sworn.

X Defendant advised of general rights.

X Defendant advised of charges and penalties.

X Defendant states true name:  same as above

X Financial Affidavit filed.
  X Federal Public Defender accepted appointment.
    ( X  FPD notified.)

X Preliminary Hearing set for **5/10/06 at 3:00 p.m. in Anchorage before Magistrate Judge Pallenberg.**

X Defendant detained; Order of Detention filed.

X OTHER:   Mary Geddes accepted appointment as counsel on behalf
   of the defendant.

Adjourned at 2:07 p.m.


DATE: MAY 8, 2006        DEPUTY CLERK'S INITIALS:      lc

05/00